IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE PETROFF COMPANIES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 21-cv-1146-SMY ) |
| LOCAL UNION 520, INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) |
| Defendant. | ) ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is the parties' Joint Motion to Transfer of Venue (Doc. 23). The parties request the Court transfer this case from the United States District Court for the Southern District of Illinois courthouse located in Benton, Illinois, to the United States District Court for the Southern District of Illinois courthouse located in East St. Louis, Illinois (the "East St. Louis Division"). They assert that their business offices and anticipated witnesses are near the East St. Louis Courthouse.

Pursuant to 28 U.S.C. § 1404, a party may file a motion to transfer, from the **division** in which it is pending to any **other division** in the same district, and the court may, in its discretion, allow such transfer. *See* 28 U.S.C. § 1404 (emphasis added). However, as this Court's decision in *Craig v. Harrah's Entertainment, Inc.*, clarifies, Benton and East St. Louis are **not** in fact separate divisions of the United States District Court for the Southern District of Illinois. 2006 WL 1004931 at *1 (S.D. Il. 2006). Pursuant to 28 U.S.C. § 93, the Southern District of Illinois has no divisions. Thus, the characterization of the courthouse located in East St. Louis, Illinois as a "Division" is a crucial misnomer. *Id.*

While holding trial in the East St. Louis courthouse may be more convenient for counsel and witnesses, the Court has inherent power to manage itself, its resources, and its caseload as it sees appropriate. In that regard, this matter has been assigned to be heard by the undersigned, whose duty station is at the courthouse in Benton, Illinois. The Court finds no compelling reason to relocate the trial to East St. Louis.

Accordingly, the Motion to Transfer Venue is **DENIED.**

**IT IS SO ORDERED.**

**DATED: April 21, 2022**

**STACI M. YANDLE**
**United States District Judge**